UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

TRAVIS JAMAL LEDEE                                CIVIL ACTION

VERSUS

STATE OF LOUISIANA                                NUMBER 11-34-RET
THROUGH THE LOUISIANA
DEPARTMENT OF PUBLIC SAFETY
AND CORRECTIONS, ELAYN HUNT
CORRECTIONAL CENTER

## RULING

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Christine Noland dated April 12, 2011. Plaintiff has filed an objection which the court has considered.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein.

Accordingly, the plaintiff's motion to remand (rec. doc. 4) is denied.

Baton Rouge, Louisiana, June 6, 2011.

RALPH E. TYSON, CHIEF JUDGE
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA